UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Criminal Minutes - General

Case No.     1:14CR93-SA     Place Held     OXFORD
Style     USA VS VERONICA RICE
Date & Time Began 11/06/15, 2:35 p.m.   Date & Time Ended  11/06/15, 2:55 p.m.

Total Time 20 min.

PRESENT:

Honorable   Sharion Aycock   , Judge

 Ginger Sisk             Phyllis McLarty
    Courtroom Deputy              Court Reporter


Attorneys Present:
Government                    Defendant (s)
Clay Joyner, AUSA             Scott Davis

PROCEEDINGS: Sentencing.

Docket Entry: Sentencing not held.  To be continued to a later date.

DAVID CREWS, CLERK

By  /s/ Ginger Sisk
Ginger Sisk, Courtroom Clerk